**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **A.B.,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 4:26-cv-345-CDL-CHW** |
| | : | **28 U.S.C. § 2241** |
| **WARDEN, STEWART DETENTION CENTER, *et al.*,** | : | |
| | : | |
| **Respondent.** | : | |

**<u>ORDER</u>**

On September 16, 2026, a Report and Recommendation was entered, recommending that Petitioner's application for writ of habeas corpus be denied. (Doc. 7). The Recommendation was mailed to Petitioner at the Stewart Detention Center in Lumpkin, Georgia, but was returned to the Court with the notation "Insufficient Address/Unable to Forward." (Doc.8). The Court's review of the ICE Online Detainee Locator System indicates that Petitioner is currently confined at the Folkston D. Ray ICE Processing Center in Folkston, Georgia. [1]

Accordingly, the Court **ORDERS** that the Report and Recommendation (Doc. 7) be re-mailed via United States Postal Service to Folkston D. Ray ICE Processing Center, 3262

[1] *ICE Detainee Locator System*, U.S. Immigration and Customs Enforcement, https://locator.ice.gov/odls/#/details (last visited October 5, 2026).

Highway 252 East, Folkston, GA 31537. It is further **ORDERED** that Petitioner's time to file any Objection shall be extended to fourteen (14) days from the date of this Order.

The Court further directs Respondents to update the Court with any subsequent change in Petitioner's detention status or location.

**SO ORDERED**, this 6th day of October, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge